## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| THEODORE STEVENS, | ) | 3:14-CV-0368-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 6, 2016 |
| SHERYL FOSTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for appointment of expert witnesses (#32). In his motion, plaintiff contends that he needs expert witnesses in the fields of "vampire book publishing" and "social media marketing." *Id.* Defendants filed an opposition (#37), and no reply was filed. Plaintiff's motion for appointment of expert witnesses (#32) is **DENIED** for the reasons set forth in the court's order #26.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
           Deputy Clerk