# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THEODORE STEVENS, | ) | 3:14-CV-0368-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 20, 2016 |
| | ) | |
| SHERYL FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to compel discovery (#44) is **DENIED** for failure to meet and confer and for failure to provide certification that the parties have been unable to resolve the matter without court action pursuant to Fed.R.Civ.P. 37 and LR 26-7(b).  Moreover, the discovery plaintiff seeks to compel concerns confidential negotiation during the early mediation session.  Settlement negotiations in mediation are confidential and not admissible in court.  Plaintiff was notified of this fact in the order setting mediation conference (#9).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
         Deputy Clerk