**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THEODORE STEVENS, | ) | 3:14-CV-0368-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 22, 2016 |
| | ) | |
| SHERYL FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to re-open discovery (#60).  Defendants opposed the motion (#61) and plaintiff replied (#62).

Discovery in this matter has concluded and defendants' motion for summary judgment (#51) has been fully briefed.  Plaintiff failed to specify what additional discovery he seeks or how it would preclude summary judgment in this case.  Therefore, plaintiff's motion to re-open discovery (#60) is **DENIED**.  If the court finds that additional discovery is warranted after it reviews the motion for summary judgment, the court will issue a further order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk